# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                 MDL No. 2804

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −101)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,523 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 09, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION            MDL No. 2804

## SCHEDULE CTO−101 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

### GEORGIA MIDDLE

| | | | |
|---|---|---|---|
| GAM | 1 | 19−00104 | CITY OF DAWSON GEORGIA v. PURDUE PHARMA LP et al |
| GAM | 1 | 19−00105 | CITY OF WARWICK GEORGIA v. PURDUE PHARMA LP et al |
| GAM | 7 | 19−00089 | CITY OF LAKELAND, GEORGIA v. PURDUE PHARMA LP et al |
| GAM | 7 | 19−00090 | CITY OF NASHVILLE GEORGIA v. PURDUE PHARMA LP et al |

### LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| LAM | 3 | 19−00388 | The University System of Louisiana v. AmerisourceBergen Drug Corporation et al |
| LAM | 3 | 19−00390 | Cameron Parish v. AmerisourceBergen Drug Corporation et al |

### LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 2 | 19−00760 | Four Winds Tribe Louisiana Cherokee v. Purdue Pharma L P et al |
| LAW | 5 | 19−00756 | C L H G−Acadian L L C et al v. Purdue Pharma L P et al |

### MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 1 | 19−11769 | County of Cheboygan v. Purdue Pharma L.P. et al |

### MISSOURI EASTERN

| | | | |
|---|---|---|---|
| ~~MOE~~ | ~~4~~ | ~~19−01722~~ | ~~St. Francois County v. Dannie E. Williams, M.D. et al~~ Opposed 7/8/19 |

### NEVADA

| | | | |
|---|---|---|---|
| NV | 2 | 19−01057 | Boulder City v. Purdue Pharma L.P. et al |
| NV | 2 | 19−01058 | City of Mesquite v. Purdue Pharma L.P. et al |
| NV | 2 | 19−01059 | |

| | | | Moapa Band of Paiute Indians v. Purdue Pharma L.P. et al |

## OKLAHOMA NORTHERN

| | | | |
|---|---|---|---|
| OKN | 4 | 19−00317 | County Commission of Craig County, Oklahoma, The v. Purdue Pharma, L.P. et al |
| OKN | 4 | 19−00320 | County Commission of Payne County, Oklahoma, The v. Purdue Pharma, L.P. et al |

## TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 3 | 19−00231 | Claiborne County, Tennessee v. Amerisourcebergen Drug Corporation et al |

## VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| ~~VAE~~ | ~~3~~ | ~~19−00457~~ | ~~City of Fredericksburg, Virginia v. Purdue Pharma, L.P. et al~~ Opposed 7/8/19 |
| ~~VAE~~ | ~~3~~ | ~~19−00458~~ | ~~Prince George County, Virginia v. Purdue Pharma, L.P. et al~~ Opposed 7/8/19 |
| ~~VAE~~ | ~~3~~ | ~~19−00459~~ | ~~Greensville County, VA v. PURDUE PHARMA, L.P. et al~~ Opposed 7/8/19 |
| ~~VAE~~ | ~~3~~ | ~~19−00463~~ | ~~Mecklenburg County, VA v. Purdue Pharma L.P. et al~~ Opposed 7/8/19 |

## VIRGINIA WESTERN

| | | | |
|---|---|---|---|
| ~~VAW~~ | ~~3~~ | ~~19−00037~~ | ~~Culpeper County, Virginia v. Purdue Pharma L.P. et al~~ Opposed 7/8/19 |
| ~~VAW~~ | ~~4~~ | ~~19−00029~~ | ~~Charlotte County, Virginia v. Purdue Pharma L.P. et al~~ Opposed 7/8/19 |